# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Luz De Jesus Estrada**   PRINCIPAL
YOB: 1983

United States Citizen

United States District Court
Southern District of Texas
**FILED**

APR 0 8 2017

**Clerk of Court**

## CRIMINAL COMPLAINT

Case Number:

M-17- 660 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 6, 2017** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact Joaquin Villegas-Mora, a national of Mexico, who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said alien in furtherance of such violation of law within the United States, that is, from a location near McAllen, Texas to the point of arrest near Los Villareales, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**   **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On April 6, 2017, Border Patrol Agents assisted a Texas Department of Public Safety Trooper with a vehicle traffic stop near Los Villareales, Texas. Upon arrival at the scene, Officer Edwards stated he had pulled over a vehicle for an obscured license plate. Officer Edwards also stated that as he approached to make contact with the driver, he observed two additional passengers in the vehicle. After questioning all the passengers inside the vehicle, Officer Edwards contacted Border Patrol.

I declare under penalty of perjury that the statements in this complaint are true and correct.
Excecuted on
April 8, 2017.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

/s/ Salvador Mendez
Signature of Complainant

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Sworn to before me and subscribed in my presence,

**April 8, 2017**
Date

**Salvador Mendez   Senior Patrol Agent**
Printed Name of Complainant

at **McAllen, Texas**
City and State

**Dorina Ramos**   , U. S. Magistrate Judge
Name and Title of Judicial Officer

Dorina Ramos
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-17-_ldeO_-M

### RE: Luz De Jesus Estrada

**CONTINUATION:**

Border Patrol Agent Lopez conducted an immigration inspection on all subjects in the vehicle. The driver identified himself as Guadalupe Estrada a United States Citizen. The other two passengers in the vehicle were determined to be illegaly present in the United States. Trooper Edwards issued the driver a warning citation for an obscured license plate. The driver and passengers were taken into custody and transported to the Border Patrol Station.

Once at the Border Patrol Station, agents discovered that the driver had given a false name to evade arrest. The driver stated that his real name is Luz de Jesus ESTRADA and admitted to giving a false name due to having an active arrest warrant.

**Principal Statement:**

Luz de Jesus ESTRADA a United States Citizen was read his Miranda rights and agreed to provide a statement without the presence of an attorney.

ESTRADA stated he picked up VILLEGAS at a gas station in McAllen, Texas. ESTRADA stated that at the time, he was just cruising by the area. ESTRADA then stated he agreed to give VILLEGAS a ride from McAllen to Roma, Texas. ESTRADA admitted the subject he picked up was an illegal alien. ESTRADA stated he had previously transported illegal aliens in the past, and knew it was illegal. ESTRADA stated he was the driver of a red Cadillac STS at the time of his arrest.

**Material Witness Statement:**

Joaquin VILLEGAS-Mora, a citizen of Mexico, was read his Miranda rights and agreed to provide a statement without the presence of an attorney.

VILLEGAS stated he made the smuggling arrangements with an unknown smuggler and was to pay $7,000 USD to be smuggled into the United Sates. Villegas stated that once in the United States, he was eventually transported to an abandoned house, where he remained there for about three days. VILLEGAS stated a few days later, he left the abandoned house and met the driver of a red in color vehicle at a local laundromat. VILLEGAS then stated that the driver of the red in color vehicle agreed to give him a ride to Laredo, Texas in exchange for money. VILLEGAS stated he was instructed by the driver of the red in color vehicle to say he was giving him a ride, if they got pulled over.

VILLEGAS was shown a photo line-up and postively identified Luz de Jesus ESTRADA as the driver of the red vehicle who gave hime a ride.